```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 04456
   TONY GAINES
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER
           Debtor
   SSN XXX-XX-9337


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 02/27/2008 and was not confirmed.

   The case was dismissed without confirmation 05/21/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
MIDLAND CREDIT MANAGEMEN  UNSECURED           493.42         .00           .00
CAPITAL ONE AUTO FINANCE  UNSECURED        NOT FILED         .00           .00
COMCAST                   UNSECURED        NOT FILED         .00           .00
US CELLULAR               UNSECURED        NOT FILED         .00           .00
DRIVE FINANCIAL           UNSECURED        NOT FILED         .00           .00
GENESIS FINANCIAL SERVIC  UNSECURED           438.17         .00           .00
MEDICAL BUSINESS BUREAU   UNSECURED        NOT FILED         .00           .00
ASPIRE VISA               UNSECURED        NOT FILED         .00           .00
EVERGREEN ANESTHESIA      UNSECURED        NOT FILED         .00           .00
CENTRAL REFRIGERATED WES  UNSECURED        NOT FILED         .00           .00
USA PAYDAY LOANS          UNSECURED        NOT FILED         .00           .00
GALWAY FINANCIAL SVC LLC  UNSECURED           557.57         .00           .00
CAPITAL ONE AUTO FINANCE  SECURED NOT I    30404.58          .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,469.00                        .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00


      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                     ---------------    ---------------
TOTALS                    .00                     .00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 04456 TONY GAINES
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 08 B 04456 TONY GAINES